2
Sheryl A. Strain
Chapter 7 Trustee
575 E. Alluvial, Suite 101
Fresno, California 93720
Telephone (559) 435-2100
Facsimile (559) 435-5656

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| LARRY DAVID BURNITZKI | Case No. 13-15895-B-7 |
|---|---|
| Debtor. | Docket Control No.: SAS-1 |
| | **MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** |
| | Date: April 9, 2014<br>Time: 10:00 a.m.<br>Dept.: B<br>2500 Tulare Street, 5th Floor, Courtroom 12<br>Fresno, CA 93721 |
| | The Honorable W. Richard Lee |

**TO THE HONORABLE W. RICHARD LEE UNITED STATES BANKRUPTCY JUDGE:**

  1.   Sheryl A. Strain ("Trustee") is the duly appointed qualified, and acting Trustee of the above-entitled estate.

  2.   The above-captioned case was filed under Chapter 7 on August 30, 2013 and Trustee was appointed Chapter 7 Trustee.

/ / /

3. This Court has jurisdiction over this proceeding by virtue of U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Trustee has negotiated a sale of the non exempt equity in the below assets to Debtor for the total sum of Two Thousand Nine Hundred Twenty Five and 00 /100 Dollars ($2,925.00). This total sum has been received and deposited into the bankruptcy estate.

| Item | Vehicle Identification Number | Est. Fair Mkt Value | Cost of Sale & Repairs | Exemption | Estate |
|---|---|---|---|---|---|
| 1989 Pace Arrow Motor Home | 1GBKP37W5K3321005 | $1,000.00 | $350.00 | | $650.00 |
| 1996 Haulmark Trailer | 16HGB2224TU004107 | $2,000.00 | $275.00 | | $1,725.00 |
| 2002 Hyundai Sonata | KMHWF35H52A586230 | $1,500.00 | $225.00 | $725.00 | $550.00 |
| TOTAL | | $4,500.00 | $850.00 | $725.00 | $2,925.00 |

5. In deciding to accept the proposed offer, Trustee took into consideration the fair market value of the assets as determined by an auctioneer that she regularly uses to liquidate personal property of bankruptcy estates and the costs associated with taking possession of, storing, and selling the vehicles at auction. Trustee does not believe that the estate would net a higher amount by selling the vehicles at auction.

6. Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** Trustee in this case prays that after appropriate notice and opportunity to be heard, that Trustee be authorized to sell the above-described assets to Debtor for the total sum of $2,925.00.

Dated:  March 12, 2014                             /s/ Sheryl A. Strain
                                                                    Sheryl A Strain
                                                                    Chapter 7 Trustee

MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY

2